**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern _____ District of New York _____
(State)

Case number (*If known*): _____ Chapter _7_

☐ Check if this is an
   amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**

   SCL USA Inc.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)

   4 6 _ 5 5 1 6 6 1 0

4. **Debtor's address**

   **Principal place of business**

   597 5th Avenue
   Number    Street

   New York                NY    10017
   City                State    ZIP Code

   New York
   County

   **Mailing address, if different from principal place of business**

   Number    Street

   P.O. Box

   City                State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City                State    ZIP Code

5. **Debtor's website** (URL)

6. **Type of debtor**

   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding  LLP)

   ☐ Other. Specify: _____

| Debtor | SCL USA Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

<u>5</u>  <u>4</u>  <u>1</u>  <u>8</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                                  MM / DD / YYYY

           District _____  When _____  Case number _____
                                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes.  Debtor  See Addendum 1. _____  Relationship _____

         District _____  When _____
                                                    MM / DD / YYYY

         Case number, if known _____

| Debtor | SCL USA Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number        Street

_____

_____

City        State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | SCL USA Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ▪ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ▪ I have been authorized to file this petition on behalf of the debtor.

- ▪ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    05/17/2018
　　　　　　　　MM / DD / YYYY

✗ _____     Julian Wheatland
Signature of authorized representative of debtor     Printed name

Title   Director

**18. Signature of attorney**

✗ _____     Date   05/17/2018
Signature of attorney for debtor     MM / DD / YYYY

Adam C. Harris
Printed name

Schulte Roth & Zabel LLP
Firm name

919 Third Avenue
Number        Street

New York                                         NY        10022
City                                             State     ZIP Code

212-756-2000                                     adam.harris@srz.com
Contact phone                                    Email address

2124105                                          NY
Bar number                                       State

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 7 |
| SCL USA INC. | Case No. 18-_____ (___) |
| Debtor. [1] | |

**ADDENDUM 1 TO VOLUNTARY PETITION FOR**
**NON-INDIVIDUALS FILING FOR BANKRUPTCY**

As of the dates set forth below, each of the Debtor's affiliates listed below have a bankruptcy case or similar proceeding pending in this Court or in another court listed below (as applicable).

| Debtor | Relationship to Debtor | District/ Court | Date | Case Number |
|---|---|---|---|---|
| Cambridge Analytica LLC | Affiliate | Southern District of New York | May 17, 2018 | |
| SCL Group Limited | Affiliate | The High Court of Justice, Business and Property Courts of England and Wales, and Insolvency and Companies List (ChD) | May 2, 2018 | CR-2018-003659 |
| SCL Analytics Limited | Affiliate | The High Court of Justice, Business and Property Courts of England and Wales, and Insolvency and Companies List (ChD) | May 2, 2018 | CR-2018-003697 |
| SCL Commercial Limited | Affiliate | The High Court of Justice, Business and Property Courts of England and Wales, and Insolvency and Companies List (ChD) | May 2, 2018 | CR- 2018-003655 |

---

[1] The last four digits of the Debtor's taxpayer identification number is 6610 and the address of its principal place of business is 597 5th Avenue, New York, New York 10017.

| SCL Social Limited | Affiliate | The High Court of Justice, Business and Property Courts of England and Wales, and Insolvency and Companies List (ChD) | May 2, 2018 | CR-2018-003699 |
|---|---|---|---|---|
| SCL Elections Limited | Parent | The High Court of Justice, Business and Property Courts of England and Wales, and Insolvency and Companies List (ChD) | May 2, 2018 | CR-2018-003656 |
| Cambridge Analytica(UK) Limited | Affiliate | The High Court of Justice, Business and Property Courts of England and Wales, and Insolvency and Companies List (ChD) | May 2, 2018 | CR-2018-003695 |

**WRITTEN CONSENT**

**SCL USA Inc.**

Dated May 17, 2018

Pursuant to the provisions of Section 141(f) of the General Corporation Law of the State of Delaware and consistent with the organizational documents of SCL USA Inc., a Delaware corporation (the "Corporation"), the undersigned, constituting the entire membership of the Board of Directors of the Corporation (the "Board"), hereby consents to the adoption of the following resolutions and to the taking of the actions contemplated thereby, in each case with the same force and effect as if presented to and adopted at a meeting of the Board.

**WHEREAS**, the Board has reviewed, considered, evaluated and, to the extent permitted, taken action with respect to strategic alternatives available to the Corporation in light of the Corporation's financial condition and liquidity, including, without limitation, the filing of a petition under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code");

**WHEREAS**, the Board has determined that it is desirable, and in the best interests of the Corporation, its creditors, stockholders and other interested parties for the Corporation to file a voluntary petition for relief under Chapter 7 of the Bankruptcy Code;

**NOW, THEREFORE, BE IT:**

**RESOLVED**, that the filing by the Corporation of a voluntary petition for relief under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") commencing a Chapter 7 case (such case, the "Bankruptcy Case") be, and it hereby is, authorized and approved;

**FURTHER RESOLVED**, that Julian Wheatland or such other person or persons designated by him (each, an "Authorized Person") be, and hereby is, authorized and empowered, in the name of the Corporation, to execute and verify a petition for relief under Chapter 7 of the Bankruptcy Code, and to cause the same to be filed with the Bankruptcy Court at such time as the Authorized Person shall determine;

**FURTHER RESOLVED**, that the Authorized Person be, and hereby is, authorized and empowered to execute and file, on behalf of the Corporation, all petitions, schedules, lists, documents, pleadings and other papers and to take any and all action that he may deem necessary or proper in connection with the Bankruptcy Case;

**FURTHER RESOLVED**, that the Authorized Person be, and hereby is, authorized to take, or cause to be taken, such further action, and to enter into, perform, execute and deliver, or cause to be delivered, for and in the name and on behalf of the Corporation, all such agreements, instruments, certificates and documents deemed necessary or appropriate in order to effectuate the purpose and intent of the foregoing resolutions (as conclusively evidenced by the taking of such action or the execution and delivery of such agreements, instruments or documents, as the

case may be, by or under the direction of the Authorized Person) including, for the avoidance of doubt, to retain and employ Schulte Roth & Zabel LLP to render legal services to and to represent the Corporation in connection with the Bankruptcy Case and other related matters in connection therewith, and to retain and employ all assistance by other professionals or otherwise, which he may deem necessary or proper to represent, assist or consult with the Corporation, and all actions heretofore taken by the Authorized Person in connection with the subject of the foregoing resolutions be, and hereby are, approved, ratified and confirmed in all respects as the act and deed of the Corporation;

**FURTHER RESOLVED**, that the Authorized Person hereby is authorized, directed and empowered, in the name and on behalf of the Corporation, to pay all such fees and expenses, as in its judgment may be necessary or appropriate to give effect to or to effectuate the intent and accomplish the purposes of the foregoing resolutions, and the payment of any such fees and expenses in connection with the foregoing matters, shall conclusively establish its authority therefor from the Corporation;

**FURTHER RESOLVED**, that any acts of the Authorized Person which acts would have been authorized by the foregoing resolutions except that such acts were taken prior to the adoption of such resolutions, be, and each such act hereby is, severally ratified, confirmed, approved and adopted as an act in the name and on behalf of the Corporation; and

**FURTHER RESOLVED**, that a copy of this written consent be filed with the minutes of proceedings of the Corporation.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the undersigned have executed this Written Consent as of the date and year first written above.

_____
Julian Wheatland

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

Southern _____ District Of New York _____

**In re**   SCL USA INC.

Case No. _____

**Debtor**

Chapter 7 _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 30,000.00 _____

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . $ 30,000.00 _____

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0 _____

2. The source of the compensation paid to me was:

   ☐ Debtor        ☑ Other (specify)   **Emerdata Limited**

3. The source of compensation to be paid to me is:

   ☐ Debtor        ☑ Other (specify)   **Emerdata Limited**

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case:

   a.  Rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof; and

B2030 (Form 2030) (12/15)

    d.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

    Representation of the debtor in any dischargeability actions, judicial lien avoidances,
    relief from stay actions, any litigation or any adversary proceeding.

<div style="border:1px solid black; padding:1em;">

<p align="center">CERTIFICATION</p>

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

 _05/17/2018_____       */s/ Adam C. Harris*_____
*Date*                             *Signature of Attorney*

                           Schulte Roth & Zabel LLP_____
                                  *Name of law firm*

</div>

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 7 |
| SCL USA INC. | Case No. 18-_____ (___) |
| Debtor. [1] | |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(1) and 7007.1 and Local Bankruptcy Rule for the Southern District of New York 1007-3, and to enable the Judges to evaluate possible disqualification or recusal, the undersigned for SCL USA Inc. (the "Company") certifies that the following are entities, other than the Company or a governmental unit, that directly or indirectly own 10% or more of any class of the Company's equity interests:

| Entity | Address | Ownership |
|---|---|---|
| SCL Elections Limited | C/o Pkf Littlejohn 2nd Floor 1 Westferry Circus Canary Wharf London United Kingdom E14 4HD | 100% direct interest |
| Emerdata Limited | C/o Pkf Littlejohn 2nd Floor 1 Westferry Circus Canary Wharf London United Kingdom E14 4HD | 100% indirect interest |
| SCL Analytics Limited | C/o Pkf Littlejohn 2nd Floor 1 Westferry Circus Canary Wharf London United Kingdom E14 4HD | 100% indirect interest |
| SCL Group Limited | C/o Pkf Littlejohn 2nd Floor 1 Westferry Circus Canary Wharf London United Kingdom E14 4HD | 100% indirect interest |

---

[1] The last four digits of the Debtor's taxpayer identification number is 6610 and the address of its principal place of business is 597 5th Avenue, New York, New York 10017.

| Cambridge Analytica Holdings LLC | C/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | 69.9% indirect interest |
|---|---|---|
| Alexander Nix | 12 St. James's Square<br>London<br>United Kingdom<br>SW1Y 4RB | 10.8% indirect interest |

Date: May 17, 2018_____                  _____/s/ Julian Wheatland_____
                                                            Director

2

---

**Fill in this information to identify the case and this filing:**

Debtor Name _____ SCL USA INC. _____

United States Bankruptcy Court for the: _____ Southern _____ District of _____ New York _____

(State)

Case number (*If known*): _____

---

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration _____ Corporate Ownership Statement _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 05/17/2018 _____          ✗ /s/ Julian Wheatland _____

MM / DD / YYYY                          Signature of individual signing on behalf of debtor

Adam C. Harris _____

Printed name

Director _____

Position or relationship to debtor

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 7 |
| SCL USA INC. | Case No. 18-_____ (___) |
| Debtor. [1] | |

## VERIFICATION OF CREDITOR MATRIX

I, the Director of the debtor in the above-captioned case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: <u>May 17, 201</u>          _____/s/ *Julian Wheatland*_____
                                                    Director

---

[1] The last four digits of the Debtor's taxpayer identification number is 6610 and the address of its principal place of business is 597 5th Avenue, New York, New York 10017.

597 Scribner LLC
597 Fifth Avenue
New York, NY 10017

Adriana Glover
2274 Broadway
New York, NY 10024

Allison Foley
5505 Woodside Ave #415
Woodside, NY 11377

Andrea Crino
301 East 35th Street
#5A
New York, NY 10016

AT&T
PO Box 537104
Atlanta, GA 30353

Atlantic HVAC
44 East Main St
Pawling, NY 12564

Cambridge Analytica LLC
597 5th Avenue
New York, NY 10017

Cesar Quinza
Camino De Sta. Teresa 890 Torre 3
Depto 302
Heroes de Padiema Ciudad de Mexico
Mexico 10740

COGENT COMMUNICATIONS
32 6th Avenue
New York, NY 10013

Collins Isaac
Av. Ludwig Van Beethoven 5035A
La Estancia Zapopan
Jalisco
Mexico CP 45030

Con Edison
Cooper Station
PO Box 138

New York, NY 10276

CSC
25 Little Falls Drive
Wilmington, DE 19808

CT Corporation
1209 N Orange St
Wilmington, DE 19801

Daniel Frederick Nazareth
320 E 50th St
Apt 4R
New York, NY 10003

DATORAMA INC
30 Irving Pl
New York, NY 10003

DC REGISTERED AGENT INC
1120 20th St NW
Washington, DC 20036

DGA Security Systems, Inc.
429 West 53rd St
New York, NY 10019

Doximity Inc.
500 3rd St
Suite 510
San Francisco, CA 94107

Dun & bradstreet
1 Forest Pkwy
Shelton, CT 06484

Dylan Allen
1011 Arlington Blvd NE 538
Arlington, VA 22209

E Minutes
12121 Wilshire Blvd.
Suite 1201
Los Angeles, CA 90025

EA Design
320 Nevada St
#401

Newton, MA 02460

Edenred
320 Nevada St
#401
Newton, MA 02460

Edward Denicola
73 Riverdale Ave E
Tinton Falls, NJ 07724

Elliott M. Sibers
The Attorney General of New Jersey
New Jersey Division of Consumer Affairs
124 Halsey St., 5th Floor, PO Box 45029
Newark, NJ 07101

EResident Agent
12121 Wilshire Blvd
Ste 1111
Los Angeles, CA 90025

Facebook
11 Hacker Way
Menlo Park, CA 94025

FedEx
7900 Legacy Drive
Plano, TX 75024

Golub, LaCapra, Wilson & DeTiberiis, LLP
2 Roosevelt Avenue
Port Jefferson Station, NY 11776

GOOGLE
1600 Amphitheatre Parkway
Mountain View, CA 94043

GREENBERG TRAURING
200 Park Avenue,
New York, NY 10166

Grossberg Yochelson Fox Beda
1200 New Hampshire Ave NW
Suite #555
Washington, DC 20036

GTT COMMUNICATIONS INC

One Penn Plaza
Suite 1005
New York, NY 10119

Hudson Phillips
47 1/2 East 1st Street
Apt 4R
New York, NY 10003

Jeff S. Jordan
Federal Election Commission
1050 First Street, NE
Washington, DC 20463

JM Research Solutions LLC
725 Coleman Blvd
#201
Mt Pleasant, SC 29464

Kent S. Ray
Cook County State's Attorney's Office
69 West Washington St., Suite 3130
Chicago, IL 60602

Kieran Ward
200 East 39th Street
Apt 902
New York, NY 10016

Jonathan J. Blake
Assistant Attorney General
Office of the Attorney General, State of Connecticut
110 Sherman Street
Hartford, CT 06105

Lana Fastovsky
306 W 73d St
Apt 2A
New York, NY 10023

Laquan Austion
23 Carlsbed DR
Strafford, VA 22554

Laura Colon-Melendez
142 Woodbine St
Brooklyn, NY 11221

M3 Global Research
501 Office Center Drive
Suite 410
Fort Washington, PA 19034

Mangia - Mad Playa Vista
422 Madison Ave
New York, NY 10017

Matas Anuzis
909 New Jersey Ave SE 517
Washington, DC 20003

Matthew Atkinson
1800 N Oak St Apt 204
Arlington, VA 22209

Mathew Meyhofer
U.S. Securities and Exchange Commission
44 Montgomery Street, Suite 2800
San Francisco, CA 94104

Media Analytics LLC
14 W Chestnut St
West Chester, PA 19389

Metropolitan Builders of NY
5030 Broadway
Suite 671
New York, NY 10034

Michael Mastrianna
635 North Vermont Street
Arlington, VA 22203

Microsoft Azure
Microsoft Corporation
One Microsoft Way
Redmond, WA 98052

MIG GLOBAL LTD
The Woolyard
54 Bermondsey Street
London, SE1 3UD
United Kingdom

Milbank Tweed Hadley & McCloy
28 Liberty Plaza

New York, NY 10005

MOBILE WIRELESS
Address unknown

NET VIGOUR
P.O. box 86
Forest Hill, MD 21050

Newswire Assoc
350 Hudson St
#300
New York, NY 10014

Nicole Rogers
401 E 50th Street
New York, NY 10035

NinthDecimal Inc.
150 Post Street
Suite 500
San Francisco, CA 94025

Office of the Attorney General
Commonwealth of Massachusetts
One Ashburton Place
Boston, MA 02108-1518

Open Source Business Inc.
137 West 25th St
11th Floor
New York, NY 10001

Opinion Access
1979 Marcus Avenue
Suite 210
Lake Success, NY 11042

PERISCOPE
921 Washington Ave S.
Minneapolis, MN 55415

Peter Jones
66 West 77th St
Apt 66
New York, NY 10024

Pilot Fiber

325 Hudson Street
New York, NY 10013

Rachel Kania
115 Havana Street
#B
Austin, TX 78704

Rafael Oller
11271 Ventura Blvd
#523
Studio City, CA 91604

Reddy Yasa
2606 WildberryCt
Edison, NJ 08817

Research Now
5800 Tennyson Pkwy
#600
Plano, TX 75024

Rev
251 Kearny St
8th Fl
San Francisco, CA 94108

Ricardo Burneo
512 43rd Street
Union City, NJ 07087

Robert Walters Operations Ltd
7 Times Square
#4301
New York, NY 10036

Rod Foster
401 Leisure Way
Richmond, KY 40475

SCL Social Limited
C/o Pkf Littlejohn 2nd Floor
1 Westferry Circus
Canary Wharf, London E14 4HD,
United Kingdom

SCL Elections Limited
C/O Pkf Littlejohn 2nd Floor

1 Westferry Circus
Canary Wharf, London, E14 4HD,
United Kingdom

Spectrum Building Services Inc
300 East 42nd Street
New York, NY 10017

Spectrum Business
43 West 23rd St
New York, NY 10010

Sprint Wireless
PO Box 4191
Carol Stream, IL 60197-4191

Stanley Spring
649 Manhattan Ave
Apt 3A
Brokklyn, NY 11222

Symone Wong
13854 230th Place
Laurelton, NY 11413

Target.Com
1000 Nicollet Mall
Mall Minneapolis, MN 55403

Ted A. Berkowitz
Assistant Attorney General
NYS Office of the Attorney General
28 Liberty Street
New York, NY 10005

THE HARTFORD COMPANY
690 Asylum Avenue
Hartford, CT 06155

The Honorable John Thune
United States Senate Commerce Committee
405 Hart Senate Building
Washington, DC 20510

Thomas Finkle
338 Winding Way
Merion, PA 19066

Thomas Jackson
286 6th Ave
Apt 12
New York, NY 10014

Travellers
76 Progress Dr
#206
Stamford, CT 06902

TTS Media
358 Fifth Avenue
New York, NY 10001

Twitter Inc
1355 Market St
#900
San Francisco, CA 94103

Verizon
P.O. Box 15124
Albany, NY 12212-5124

WashREIT
C/o Magruder Cook & Koutsoufitkis
1889 Preston White Drive
Suite 200
Reston, VA 20191

Wesley Dunlap
155 14th St
Apr 3R
Hoboken, NJ 07030

WHITE & CASE
1221 6th Ave
New York, NY 10020

Wired Commute
329 Nevada St
Suite 401
Newton, MA 02460